**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO.
 3:04CR00060 (JCH)
DEAN SIMS,
    Defendant.
 MARCH 27, 2008

**ORDER TO SHOW CAUSE**

The Defendant is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why the defendant ought to be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)). Defendant was sentenced to a mandatory minimum sentence.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of March, 2008.

    /s/ Janet C. Hall
    Janet C. Hall
    United States District Court